IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * **CRIMINAL NO. 05-00338-001-CG** |
| | * |
| **FREDERICK M. HOLLIMAN, JR.,** | * |
| | * |
| Defendant. | * |
| | * |
| **MOBILE POLICE DEPARTMENT,** | * |
| | * |
| Garnishee. | * |

**ORDER ON WRIT OF GARNISHMENT**

This matter is before the court on plaintiff's motion for entry of a final disposition order filed July 23, 2007 (Doc. 129) on the writ of garnishment issued to Garnishee Mobile Police Department on April 17, 2007 (Doc. 120). All conditions to the issuance of this final disposition order have been met pursuant to 28 U.S.C. § 3205, and the motion is therefore **GRANTED**.

Garnishee Mobile Police Department is **ORDERED** to turn over to Plaintiff the sum of $1,367.49 ($475.00 balance on special assessment and $892.49 balance on restitution as of July 23, 2007) made payable to and addressed to the **Clerk of Court at 113 St. Joseph Street, Mobile, Alabama 36602, within 15 days of the date of this Order**. In that defendant Holliman is also receiving credit for payments made by co-defendants as to the restitution, any

overpayment at the time of receipt of the garnished funds by the Clerk of Court may be refunded to the Defendant by the Clerk of Court.

  **DONE and ORDERED** this 23rd day of July, 2007.

                /s/  Callie V. S. Granade
                CHIEF UNITED STATES DISTRICT JUDGE